HARMEET K DHILLON, ESQ. (SBN:207873 )
DHILLON & SMITH
214 Grant Avenue, Suite 400
San Francisco, CA 94108
Telephone: (415) 433-1700
Facsimile: (415) 520-6593

Attorneys for Plaintiff
Lee Dorfman

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### (San Francisco Division)

| | |
|---|---|
| LEE DORFMAN,<br><br>        Plaintiff,<br><br>v.<br><br>RICHARD JACKSON, et al.<br><br>        Defendants. | **Case No. 3:05-cv-01791-PJH**<br>[Related to Case No.3:06-cv-05290-PJH]<br><br>**[~~PROPOSED~~] ORDER CONTINUING DEFENDANTS' MOTION TO DISSOLVE PRELIMINARY INJUNCTION**<br><br>Motion to Dissolve Preliminary Injunction<br><br>Date:    03/21/2007<br>Time:    9:00 a.m.<br>Ctrm:    3 |

Upon review of the Stipulated Request for Order Continuing Defendants' Motion to

Dissolve Preliminary Injunction submitted by the parties, through their respective counsel herein,

and good cause appearing therefore,

IT IS HEREBY ORDERED:

1.       The motion hearing set for March 21, 2007 is vacated; and,

2.       The motion hearing is now rescheduled for __April 11_____, 2007 at
__9:00 a.m.____ in Court Room 3.

3.       The parties shall adjust the dates for the hearing of the motion.

[Proposed] ORDER CONTINUING DEFENDANTS' MOTION TO DISSOLVE
PERLIMINARY INJUCTION
Dorfman v. Jackson, et al.
3:05-cv-01791-PJH

1    IT IS SO ORDERED

2    DATED:   3/8/07

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IT IS SO ORDERED

Judge Phyllis J. Hamilton

[Proposed] ORDER CONTINUING DEFENDANTS' MOTION TO DISSOLVE
PERLIMINARY INJUCTION

Dorfman v. Jackson, et al.
3:05-cv-01791-PJH

Page 2