Todd L. Peterson (SBN 142438)
Samuel M. Zaif (SBN 116391)
DRYDEN, MARGOLES, SCHIMANECK & WERTZ
A Law Corporation
101 California Street, Suite 2050
San Francisco, California 94111
Telephone: (415) 362-6715
Facsimile: (415) 362-0638
Email:  tlpeterson@drydenlaw.com
        smzaif@drydenlaw.com

Attorneys for Defendant, RICHARD JACKSON
(erroneously sued herein as RICHARD JACKSON
dba CYBER SECRETARIES and dba YOU DICTATE);
and DRUID GROUP, INC. (erroneously sued herein as
DRUID GROUP, INC. dba CYBER SECRETARIES
and dba YOU DICTATE)

# IN THE UNITED STATE DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

**(San Francisco Division)**

| | |
|---|---|
| LEE J. DORFMAN, individually, & dba ADEPTS OF SF, dba iDICTATE, <br><br> Plaintiff, <br><br> v. <br><br> RICHARD JACKSON, individually & dba CYBER SECRETARIES; DRUID GROUP, INC., dba CYBER SECRETARIES, dba YOU DICTATE, and DOES 1 to 100, <br><br> Defendants. | **USDC No. 3:05-cv-01791 PJH BZ** <br>(San Francisco Superior No. CGC-05-439650) <br><br> [PROPOSED] **ORDER CONTINUING SETTLEMENT CONFERENCE** <br><br> Judge: The Honorable Bernard Zimmerman, Magistrate Judge |

Upon reading the Stipulation and Request for Continuance of Settlement Conference submitted by the parties hereto and filed on August 29, 2007, and good reason appearing therefore,

IT IS HEREBY ORDERED that the Settlement Conference of the above-matter scheduled for September 6, 2007 is continued to: October 23, 2007 at 9:00 a.m.  Settlement Conference statements are due seven (7) days prior to the conference.

IT IS SO ORDERED.

DATED:  August 30, 2007

_____
THE HONORABLE BERNARD ZIMMERMAN
Magistrate Judge of the United States District Court

- 1 -

[PROPOSED] ORDER CONTINUING SETTLEMENT CONFERENCE

*Dorfman vs. Jackson, et al.*
*USDC No. USDC No. C 3:05-cv-01791 PJH BZ*