1
2
3
4
5                    UNITED STATES DISTRICT COURT
6                   NORTHERN DISTRICT OF CALIFORNIA
7

LEE J. DORFMAN, individually )
and dba ADEPTS OF S.F., dba  )
iDICTATE,                    )          No. C05-1791 PJH (BZ)
                             )
         Plaintiff(s),       )          **ORDER RE OVERDUE PAPERS**
                             )
    v.                       )
                             )
RICHARD JACKSON,             )
individually and dba CYBER   )
SECRETARIES; DRUID GROUP,    )
INC., dba CYBER SECRETARIES, )
dba YOU DICTATE, et al.,     )
                             )
         Defendant(s).       )
_____)
                             )          No. C06-5290 PJH (BZ)
DRUID GROUP, INC.,           )
                             )
         Plaintiff(s),       )
                             )
    v.                       )
                             )
LEE DORFMAN, individually    )
and dba ADEPT OF S.F.        )
                             )
         Defendant(s).       )
_____)

    TO:  LEE DORFMAN and his attorney(s) of record:

    On May 1, 2007, you were ordered to lodge a Settlement Conference Statement seven days prior to the conference, which is scheduled for October 23, 2007.  Your statement was due October 16, 2007.  It was not received by chambers.

    **IT IS HEREBY ORDERED** that if a statement is not lodged by

                                1

the close of business tomorrow, Lee Dorfman and his attorney(s) of record will be sanctioned $100 a day for each day's delay, beginning from the date it was originally due.

Dated: October 17, 2007

                                              Bernard Zimmerman
                                     United States Magistrate Judge

G:\BZALL\-REFS\REFS.07\DRUID.DORFMAN.LATE.PAPERS.ORD.wpd