UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEE J. DORFMAN,<br><br>      Plaintiff(s),<br><br>  v.<br><br>RICHARD JACKSON, et al.,<br><br>      Defendant(s). | No. C05-1791 PJH (BZ) |
| DRUID GROUP, INC.,<br><br>      Plaintiff(s),<br><br>  v.<br><br>LEE DORFMAN, et al.,<br><br>      Defendant(s). | C06-5290 PJH (BZ)<br><br>**ORDER SCHEDULING TELEPHONE CONFERENCE** |

Having read Mr. Donovan's letter dated December 3, 2007, IT **IS HEREBY ORDERED** as follows:

    1.  A telephone conference to discuss this problem is scheduled for **Thursday, December 6, 2007 at 9:00 a.m.**  Mr. Donovan shall get Mr. Zaif on the phone and contact the court at **415-522-4093**.

1

1      2.    If defendants wish, they may submit a written reply by **noon** on **Wednesday, December 5, 2007.**

Dated: December 3, 2007

                        _____
                             Bernard Zimmerman
                         United States Magistrate Judge

G:\BZALL\-REFS\REFS.07\DORFMAN.TEL.CONF. ORDER RE SETT.DISPUTE.wpd