UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEE J. DORFMAN,<br><br>    Plaintiff(s),<br><br>    v.<br><br>RICHARD JACKSON, et al.,<br><br>    Defendant(s). | No. C05-1791 PJH (BZ) |
| DRUID GROUP, INC.,<br><br>    Plaintiff(s),<br><br>    v.<br><br>LEE DORFMAN, et al.,<br><br>    Defendant(s). | C06-5290 PJH (BZ)<br><br>**ORDER SCHEDULING TELEPHONE CONFERENCE** |

Having read Mr. Donovan's letter dated January 22, 2008 **IT IS HEREBY ORDERED** as follows:

    1.  A telephone conference to discuss this problem is scheduled for **Wednesday, January 23, 2008 at 2:00 p.m.**  Mr. Donovan shall get Mr. Zaif on the phone and contact the court at **415-522-4093.**

Dated: January 22, 2008

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-REFS\REFS.07\DORFMAN.TEL.CONF. ORDER RE SETT.DISPUTE.wpd

1