Lawrence A. Margoles (State Bar No. 49618)
DRYDEN, MARGOLES, SCHIMANECK & WERTZ
A Law Corporation
505 Sansome Street, Sixth Floor
San Francisco, California 94111
Telephone:    (415) 362-6715
Facsimile:    (415) 362-0638

Attorneys for Defendant, RICHARD JACKSON
(erroneously sued herein as RICHARD JACKSON
dba CYBER SECRETARIES and dba YOU DICTATE);
and DRUID GROUP, INC. (erroneously sued herein as
DRUID GROUP, INC. dba CYBER SECRETARIES
and dba YOU DICTATE) <u>and</u> Plaintiff, DRUID GROUP, INC.

## IN THE UNITED STATE DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### (San Francisco Division)

| | |
|---|---|
| LEE J. DORFMAN, individually, & dba ADEPTS OF SF, dba iDICTATE,<br><br>Plaintiff,<br><br>v.<br><br>RICHARD JACKSON, individually & dba CYBER SECRETARIES; DRUID GROUP, INC., dba CYBER SECRETARIES, dba YOU DICTATE, and DOES 1 to 100,<br><br>Defendants.<br>_____<br>DRUID GROUP, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>LEE DORFMAN, individually and dba Adept of San Francisco,<br><br>Defendants.<br>_____ | **USDC No. C 05-01791 PJH**<br>(San Francisco Superior No. CGC-05-439650)<br>& Related Case<br>**USDC No. C 06-05290 PJH**<br><br>**SUBSTITUTION OF ATTORNEY**<br>AND ORDER |

Defendant RICHARD JACKSON (erroneously sued herein as RICHARD JACKSON

dba CYBER SECRETARIES and dba YOU DICTATE); and DRUID GROUP, INC. (erroneously

DRYDEN,
MARGOLES,
SCHIMANECK
& WERTZ
505 SANSOME STREET
SIXTH FLOOR
SAN FRANCISCO,
CALIFORNIA 94111
(415) 362-6715

- 1 -

SUBSTITUTION OF ATTORNEY
<u>Dorfman vs. Jackson, et al.</u>, USDC No. USDC No. C 05-01791 PJH;
<u>and, Druid vs. Dorfman, et al.</u>, USDC No. C 06-05290 PJH

1  sued herein as DRUID GROUP, INC. dba CYBER SECRETARIES and dba YOU DICTATE) and
2  Plaintiff, DRUID GROUP, INC. hereby substitutes CHERNAY PETERSON, 201 Mission Street,
3  Suite 1310, San Francisco, California 94105 as its attorneys of record in place of DRYDEN,
4  MARGOLES, SCHIMANECK & WERTZ, 505 Sansome Street, Sixth Floor, San Francisco,
5  California 94111.

The consent to this substitution.

DATED: 5/2/08                          [signature]

The consent to this substitution.

DATED: 5/6/08                          [signature]
                                        Lawrence A. Margoles

The consent to this substitution.

DATED: 5/5/08                          [signature]
                                        Todd L. Peterson

DRYDEN,
MARGOLES,
SCHIMANECK
& WERTZ
505 SANSOME STREET
SIXTH FLOOR
SAN FRANCISCO,
CALIFORNIA 94111
(415) 362-6715

- 2 -

SUBSTITUTION OF ATTORNEY
*Dorfman vs. Jackson, et al.*, USDC No. USDC No. C 05-01791 PJH;
and, *Druid vs. Dorfman, et al.*, USDC No. C 06-05290 PJH

SUBSTITUTION IS APPROVED CONDITIONED UPON
THERE BEING NO REQUEST TO CONTINUE THE
TRIAL DATE OF NOVEMBER 3, 2008.

1    **IT IS SO ORDERED:**

3    Dated: 5/28/08

_____
Judge Phyllis J. Hamilton

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*
*UNITED STATES DISTRICT COURT*
*NORTHERN DISTRICT OF CALIFORNIA*

DRYDEN,
MARGOLES,
SCHIMANECK
& WERTZ
505 SANSOME STREET
SIXTH FLOOR
SAN FRANCISCO,
CALIFORNIA 94111
(415) 362-6715

- 3 -

SUBSTITUTION OF ATTORNEY
*Dorfman vs. Jackson, et al.*, USDC No. USDC No. C 05-01791 PJH;
**and**, *Druid vs. Dorfman, et al.*, USDC No. C 06-05290 PJH